UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  <u>1:21mj03612 Becerra</u>

**UNITED STATES OF AMERICA**

vs.

**RONALD MAJAIL-ARRECOOCE, et al.,**

        **Defendants.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   __ Yes   X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes   X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   __ Yes   X  No

                        Respectfully submitted,

                        JUAN ANTONIO GONZALEZ
                        ACTING UNITED STATES ATTORNEY

By:  _____
                        RICHARD E. GETCHELL
                        Assistant United States Attorney
                        FLA. BAR NO. 817643
                        11200 N.W. 20th Street
                        Miami, Florida 33172
                        (305) 715-7647
                        (786) 564-9126 (cell)
                        Richard.getchell@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| RONALD MIJAIL-ARRECOOCE, JULIO JOSE HERNANDEZ, and RONALD JEFRE-ROSADO, | ) ) ) ) ) | Case No. 1:21mj03612 Becerra |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __August 10, 2021__, upon the high seas and elsewhere outside the jurisdiction any particular State or district, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503; all in violation of 46 U.S.C. § 70506(b). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

DEA TFO MARCELINO MARIABELLO
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone.

Date: 08/16/2021

*Judge's signature*

City and state: Miami, Florida

Jacqueline Becerra, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Marcelino Mariabello, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Detective with the City of Sunny Isles Beach Police Department and have served in this capacity since February 2008. I am currently a Task Force Officer with the Drug Enforcement Administration ("DEA") and have served in this capacity since August 2017. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21, and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Task Force Officer with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics-trafficking organizations operate. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. This Affidavit is submitted for the limited purpose of establishing probable cause that **Ronald MIJAIL-ARRECOOCE, Julio Jose HERNANDEZ** and **Ronald JEFRE-ROSADO** did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70506(b), 70503(a)(1). The facts set forth in this Affidavit are based on my personal knowledge as well as documents provided to me in my official capacity, information obtained from other individuals, including officers and witnesses, my review of documents and records related to this investigation, communications with others who have

personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information contained in this Affidavit is true and correct to the best of my knowledge and belief. Because this Affidavit is solely for the purpose of establishing probable cause, it does not contain all of the information known about this investigation.

**PROBABLE CAUSE**

3. On or about August 10, 2021, a Maritime Patrol Aircraft (MPA) located a go-fast vessel (GFV) dead in the water in the Caribbean Sea approximately 233 nautical miles south of Santo Domingo, Dominican Republic, upon the high seas and in international waters. Three persons were on the GFV, which had no indicial of nationality. Packages and fuel drums were visible on deck. HNLMS HOLLAND, manned with United States Coast Guard (USCG) Law Enforcement Detached Team (LEDET) 101, was diverted to investigate. HOLLAND and LEDDET 101 were granted a Statement of No Objection (SNO) to conduct a Right of Visit (ROV) boarding based on reasonable suspicion of drug smuggling.

4. HOLLAND launched two smaller boats, each manned with a boarding team ("BT") which included USCG personnel, and a helicopter to intercept the GFV. During right of approach questioning by USCG personnel authorized to enforce U.S. law, the master of the vessel claimed Colombian nationality for the vessel. Upon being contacted by U.S. authorities pursuant to U.S./Colombia bilateral agreement, the Government of Colombia could neither confirm nor deny registry of the vessel. Accordingly, the vessel was treated as a vessel without nationality and therefor subject to the jurisdiction of the United States. A full law enforcement boarding ensued.

5. The law enforcement boarding team located and removed from the GFV three crew members, identified as **Ronald MIJAIL-ARRECOOCE, Julio Jose HERNANDEZ, and Ronald JEFRE-ROSADO.**

6. The BT located approximately 32 packages on the GFV which were characteristic of bales of cocaine transported by maritime drug traffickers. Two presumptive field tests (NIK tests) conducted on the bales were positive for the presence of cocaine. The at-sea weight of the bales was approximately 800 kilograms. Based on my training and experience, and that of other officers involved in this investigation, I know that maritime smugglers transporting large quantities of cocaine intend to distribute the contraband to others at the end of their journey.

7. The GFV was destroyed as a hazard to navigation. The contraband and crew were initially transferred to HOLLAND and later to the USCG Cutter VIGOROUS, which is scheduled to arrive at Coast Guard Base Miami Beach, Florida, on August 17, 2021.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

## CONCLUSION

8. Based upon the foregoing, I respectfully submit that probable cause exists to believe **MIJAIL-ARRECOOCE, HERNANDEZ** and **JEFRE-ROSADO** committed a violation of Title 46, United States Code, Section 70506(b), conspiracy to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States.

**FURTHER YOUR AFFIANT SAYETH NAUGHT,**

_____
MARCELINO MARIABELLO
TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone this __16__ day of August 2021.

_____
JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

4